UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-329-RJC-DCK

| | |
|---|---|
| CHERRY REAVES, )<br>)<br>    Plaintiff, )<br>)<br>        vs. )<br>)<br>CHARLOTTE MECKLENBURG POLICE )<br>DEPARTMENT and MECKLENBURG )<br>COUNTY SHERIFF'S OFFICE, )<br>)<br>    Defendants. )<br>                                           ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's second Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"), (Doc. No. 4). On July 7, 2011, Plaintiff filed a civil rights Complaint pursuant to 42 U.S.C. §§ 1983 and 1985, (Doc. No. 1), along with her first Application, (Doc. No. 2). The Court denied Plaintiff's first Application as incomplete but gave Plaintiff thirty days in which to either remit the $350.00 filing fee or to file a new, fully completed Application. (Doc. No. 3 at 1-2). Instead of timely remitting the filing fee or a new Application, on October 7, 2011, Plaintiff filed a second Application, again seeking permission to proceed with her civil rights Complaint without having to prepay the applicable fees and costs. (Doc. No. 4). Plaintiff's second Application was also incomplete. See (Id.).

On October 24, 2011, this Court issued an Order denying Plaintiff's second Application and stating that within 30 days, Plaintiff must remit the $350.00 filing fee to the Clerk of Court. (Doc. No. 6). The Court warned Plaintiff that if she failed to comply with its Order, her case could be dismissed. (Id.). Plaintiff has not paid the filing fee and has therefore failed to comply with the Court's October 24, 2011 Order.

**IT IS, THEREFORE, ORDERED** that all of Plaintiff's claims against all defendants in this case are **DISMISSED**. See Reizakis v. Loy, 490 F.2d 1132 (4th Cir. 1974).

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge