# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cherry Reaves,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-329-RJC-DCK

Charlotte Mecklenburg Police Department
and Mecklenburg County Sheriff's Office,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

Signed: November 29, 2011

Frank G. Johns, Clerk
United States District Court